IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01081-EWN-MJW

MICHAEL A. MEINTS,

Plaintiff(s),

v.

WESTERN PIPELINE CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/ Planning Conference and Deadlines, dn 18, filed with the Court on July 25, 2007, is GRANTED in that the Scheduling Conference set on July 30, 2007, at 9:30 a.m., is VACATED. However, the court will hold a Status Conference in its place. Counsel shall appear in person for the Status Conference in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: July 27, 2007