**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO. 07-cv-01081-EWN-MJW**

**MICHAEL A. MEINTS,**

    **Plaintiff,**

v.

**WESTERN PIPELINE CORPORATION, a Delaware Corporation,
CLIFF STAHL, an individual, CHRIS JENT, an individual,
MICKEY HORN, an individual, J.T. NEALY, an individual and JOHN A. APPLE, an individual**

    **Defendants.**

---

**ORDER REGARDING UNOPPOSED MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

---

THIS MATTER comes before the Court on Plaintiff, Michael A. Meints' Unopposed Motion to Transfer Case to the United States District Court for the Northern District of Texas and having been fully advised in the premises contained therein does hereby order as follows:

IT IS HEREBY ORDERED:

That the Motion to Transfer Case is GRANTED and ORDERS that this case is transferred to the United States District Court for the Northern District of Texas.

DATED this 7th day of August, 2007.

                                            BY THE COURT:

                                            <u>s/ Edward W. Nottingham</u>
                                            Edward W. Nottingham
                                            Chief United States District Judge